# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISON

JAMIE HOWARD,

PLAINTIFF,                              Civ. No. 2:17-cv-756 -WBS-KJN

V.

WILLIAM JESSUP UNIV.,

DEFENDANT
_____/

# **ORDER**

Presently pending before the court is plaintiff's motion to compel the production of trainer records related to student athletes at defendant William Jessup University. (ECF No. 20.)[1] In this Title IX retaliation case, defendant claims that it terminated plaintiff, a former women's soccer coach for defendant, among other reasons, for refusing to follow trainer instructions not to play

---

[1] In light of the nature of the motion, as discussed below, the court finds the motion suitable for resolution without oral argument pursuant to Local Rule 230(g). The July 12, 2018 hearing is VACATED.

injured players.  Plaintiff thus seeks such trainer records with the aim of exploring and potentially overcoming defendant's defense that plaintiff allegedly played injured players.

On July 5, 2018, the parties filed a joint statement regarding their discovery disagreement, which indicates that the parties do not actually disagree as to the discovery sought to be obtained by plaintiff.  However, because the parties represent that such records constitute education records protected by the Family Educational Records Protection Act ("FERPA"), and defendant does not have student waivers to produce such records on file, the parties jointly request a court order authorizing their production to plaintiff pursuant to the parties' stipulated protective order and the notice provisions below.  (ECF No. 24.)

Good cause having been shown, IT IS HEREBY ORDERED that:

A. Defendant shall, **on or before July 19, 2018**, provide written notice via certified U.S. Mail and email, to each student or student's parent identified in the information regarding trainer records at the student's last known address and email address;

B. The written notice shall include the following:

    i. The parties, Court, and case number of this litigation;

    ii. A description of the information regarding the student that will be provided to Plaintiff;

    iii. A statement that the information will be subject to the Stipulated Protective Order and a copy of the Stipulated Protective Order;

    iv. A copy of this Court Order; and

    v. A statement that the student may object to the disclosure of the information by filing a motion for protective order with this Court in this litigation **on or before August 10, 2018, and that if a motion is not timely filed with the Court, then the**

**ORDER**

**student's information will be disclosed to Plaintiff, subject to the Stipulated Protective Order**;

C. Defendant shall produce the information to Plaintiff **on or before August 17, 2018**, for every student that did not file a motion objecting to the release of the information.

D. The July 12, 2018 hearing is VACATED.

IT IS SO ORDERED.  This order resolves ECF No. 20.

Dated:  July 10, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE