1 | Adria Lynn Silva, Pro Hac Vice, Florida SBN 0137431
THE LAW OFFICE OF ADRIA LYNN SILVA, LLC
2 | P.O. Box 770849
Naples, FL 34107-0849
3 | Telephone: (239) 514-4855
Email: AdriaLynnSilva@aol.com
4
George F. Allen, SBN 145357
5 | 1903 21st Street
Sacramento, CA 95811
6 | Telephone: (916) 444-8765
Email: looga@looga.com
7
Attorneys for Plaintiff,
8 | JAMIE HOWARD

9
Alden J. Parker, SBN 196808
10 | Email: aparker@fisherphillips.com
Natalie B. Fujikawa, State Bar No. 258724
11 | Email: nfujikawa@fisherphillips.com
Alexa R. Hanlon, State Bar No. 293736
12 | Email: ahanlon@fisherphillips.com
FISHER & PHILLIPS LLP
13 | 621 Capitol Mall, Suite 1400
Sacramento, CA 95814
14 | Telephone: (916) 210-0400
Facsimile: (916) 210-0401
15
Attorneys for Defendant,
16 | WILLIAM JESSUP UNIVERSITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HOWARD,<br><br>       Plaintiff,<br><br>vs.<br><br>WILLIAM JESSUP UNIVERSITY;<br>DOES 1 to 50,<br><br>       Defendants. | Case No. 2:17-cv-00756-WBS-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>Action Filed: April 10, 2017 |

///

///

1 | IT IS HEREBY STIPULATED AND AGREED, between the parties through their counsel of record as follows:

2 | WHEREAS, on July 5, 2017, the parties filed a Joint Status Report, which conformed to the discovery limitations imposed under the Federal Rules of Civil Procedure. ECF No. 10.

WHEREAS, on August 9, 2017 this Court entered a Pre-Trial Scheduling Order outlining the deadlines for discovery, motion practice, pre-trial hearing, and trial. ECF No. 11.

WHEREAS, over the past year, the parties have diligently engaged in discovery, including several sets of written discovery and depositions.

WHEREAS, the parties recently agreed to pursue mediation with David Lowe from Rudy, Exelrod, Zieff & Lowe, LLP, which is currently scheduled for November 27, 2018.

WHEREAS, the parties wish to conserve resources for settlement by postponing further formal discovery pending the results of mediation.

Federal Rule of Civil Procedure 16(b)(4) states that "A [case management] schedule maybe modified only for good cause and with the judge's consent." *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604 (9th Cir. 1992). Similar requests to amend a scheduling Order in order to mediate have been approved in this District. *See Brisbin v. Calmat Co*. (E.D. Cal., July 1, 2013, No. 1:11-CV-00568-AWI) 2013 WL 3322698, at *1 (the parties filed a stipulation requesting to amend the scheduling order and continue all deadlines by 60 days to allow the parties to engage in mediation).

Good cause having been shown, the parties respectfully request that the Court modify its Pre-Trial Scheduling Order, ECF No. 11, subject to the Court's availability, to continue the following deadlines by ninety (90) days to allow the parties to complete discovery and motion practice in a timely manner, pending the results of mediation:

///
///
///
///
///
///

| **Event** | **Original Deadline** | **Requested Deadline** |
|---|---|---|
| Deadline to file all dispositive motions | November 16, 2018 | February 14, 2019 |
| Deadline to complete all discovery | October 26, 2018 | January 24, 2019 |
| Final pre-trial conference | January 28, 2019 | April 29, 2019 |
| Trial | April 2, 2019 | July 1, 2019 |

IT IS SO STIPULATED.

Dated: August 23, 2018

/s/ George F. Allen
George F. Allen
*Attorneys for Plaintiff*

Dated: August 23, 2018    FISHER & PHILLIPS LLP

/s/ Natalie B. Fujikawa
Natalie B. Fujikawa
*Attorneys for Defendant*

## [~~PROPOSED~~] ORDER

Having reviewed the Plaintiff's and Defendant's Stipulated Request, the Court grants the request and ORDERS that the Pre-Trial Scheduling Order, ECF No. 11, is modified as follows:

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Deadline to file all dispositive motions | November 16, 2018 | February 14, 2019 |
| Deadline to complete all discovery | October 26, 2018 | January 24, 2019 |
| Final pre-trial conference | January 28, 2019 | **April 29, 2019 at 1:30 p.m.** |
| Trial | April 2, 2019 | **July 2, 2019 at 9:00 a.m.** |

IT IS SO ORDERED.

Dated: August 24, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE