UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMIE HOWARD,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM JESSUP UNIVERSITY, and DOES 1-50,<br><br>        Defendants. | No. 2:17-cv-756 WBS KJN<br><br>ORDER RE: EX PARTE APPLICATION TO MODIFY PRE-TRIAL SCHEDULING ORDER |

----oo0oo----

Before the court is defendant William Jessup University's Ex Parte Application to Modify Pre-Trial Scheduling Order. (Docket No. 31). Defendant seeks to extend, over plaintiff's objections, several deadlines and move the trial date and pretrial conference in light of the cancellation of the parties' planned mediation and defense counsel's limited availability during December and January.

The proffered reasons do not constitute good cause to modify the scheduling order. The court notes that it already

1

extended the dispositive motion deadline and discovery deadline by approximately three months, and postponed the pretrial conference and trial date by approximately three months in light of the parties' planned mediation. (Docket No. 27.) Further, the mediation was cancelled in late October, but defendant (while still pursuing settlement discussions) waited until mid-December to request additional time.

        The court recognizes the desire of counsel to avoid incurring unnecessary expenses. Nevertheless, counsel are responsible for complying with court deadlines at the same time they engage in settlement negotiations, and timely requesting extensions with a showing of good cause where necessary. Because defense counsel has not done so, the court will deny the ex parte application.

        IT IS THEREFORE ORDERED that defendant's Ex Parte Application to Modify Pre-trial Scheduling Order (Docket No. 31) be, and the same hereby is, DENIED.

Dated: December 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE