UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HOWARD<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JESSUP UNIVERSITY,<br><br>Defendant. | No. 2:17-cv-0756-WBS-KJN<br><br><br><br>ORDER |

On January 3, 2019, the court conducted an informal telephonic discovery conference in this matter. At the conference, attorneys Adria Silva and George Allen appeared on behalf of plaintiff, and attorney Natalie Fujikawa appeared on behalf of defendant. For the reasons discussed with the parties at the conference, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to take the two additional depositions referenced in the parties' joint letter (ECF No. 39), regardless of whether and to what extent such depositions result in more than 10 depositions being taken by plaintiff, pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i).

////

////

////

1

2. The depositions shall take place on the dates/times already agreed to by the parties.

This order resolves ECF No. 39.

Dated: January 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE