Attorney Identification
(include State Bar number)
Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Natalie B. Fujkawa, State Bar No. 258724
Email: nfujikawa@fisherphillips.com
Alexa R. Hanlon, State Bar No. 293736
Email: ahanlon@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for:
DEFENDANT, WILLIAM JESSUP UNIVERSITY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HOWARD            Plaintiff    v.   WILLIAM JESSUP UNIVERSITY, and DOES 1 to 50,            Defendants | NO. 2:17-cv-00756 WBS/KJN  STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: <u>January 4, 2019</u>

                                                  /s/ George F. Allen
                                                  Attorney(s) for Plaintiff
                                                  George F. Allen

                                                  /s/ Natalie B. Fujikawa
                                                  Attorney(s) for Defendant
                                                  Natalie B. Fujikawa

IT IS SO ORDERED.

Dated: January 4, 2019

                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE

Rev. 12/09

American LegalNet, Inc.