1  Alden J. Parker, State Bar No. 196808
   Email: aparker@fisherphillips.com
2  Natalie B. Fujikawa, State Bar No. 258724
   Email: nfujikawa@fisherpillips.com
3  Alexa R. Hanlon, State Bar No. 293736
   Email: ahanlon@fisherphillips.com
4  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
5  Sacramento, CA 95814
   Telephone (916) 210-0400
6  Facsimile (916) 210-0401

7  Attorneys for Defendant
   WILLIAM JESSUP UNIVERSITY
8

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM JESSUP UNIVERSITY;<br>DOES 1 to 50,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-00756-WBS-KJN<br><br>**DEFENDANT WILLIAM JESSUP UNIVERSITY'S REQUEST FOR TELEPHONIC APPEARANCE AT PRETRIAL SETTLEMENT CONFERENCE; ORDER**<br><br>Date:　June 19, 2019<br>Time:　9:30 a.m.<br>Ctrm.:　24, 8th Floor<br><br>Complaint Filed: April 10, 2017<br>Trial: July 2, 2019 |

## I.　INTRODUCTION

Pursuant to Section 2 of the Settlement Conference Procedures for Magistrate Judge Carolyn K. Delaney, and Local Rule 270(f)(1), Defendant William Jessup University ("Defendant") respectfully requests that this Court grant permission for Defendant's insurance carrier representative, Robert Hennelly from RSUI Group, Inc., to appear telephonically for the Pretrial Settlement Conference scheduled for June 19, 2019, at 9:30 a.m. Mr. Hennelly will be available during the entire conference with settlement authority. Two of Defendant's own representatives will also appear for the conference in person.

## II. BASIS FOR THE REQUEST TO APPEAR TELEPHONICALLY

The carrier representative who would normally appear for the settlement conference, Vito Loiacono, will be out of the country and has assigned the appearance to his Vice President and EPL Team Lead, Mr. Hennelly. Mr. Hennelly's schedule does not permit him to travel from the RSUI headquarters in Atlanta, Georgia, to Sacramento for the settlement conference June 19. However, he will be available during the entire conference by telephone. Both Defendant and the insurance carrier fully appreciate the settlement process and are prepared to negotiate in good faith with Defendant's representatives attending in person.

## III. CONCLUSION

Based on the foregoing, Defendant requests that Defendant's insurance carrier representative, Robert Hennelly from RSUI Group, Inc., be permitted to appear telephonically at the Pretrial Settlement Conference scheduled for June 19, 2019 at 9:30 a.m.

Respectfully submitted,

Date: May 16, 2019      FISHER & PHILLIPS LLP

By: /s/ *Natalie B. Fujikawa*
Alden J. Parker
Natalie B. Fujikawa
Alexa R. Hanlon

Attorneys for Defendant
WILLIAM JESSUP UNIVERSITY

**ORDER**

Defendant's request for Robert Hennelly from RSUI Group, Inc., to appear telephonically at the Pretrial Settlement Conference scheduled for June 19, 2019 at 9:30 a.m. is GRANTED.

**IT IS SO ORDERED:**

Dated: May 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE