George F. Allen, State Bar No. 145357
1903 21st Street
Sacramento, CA 95811
Telephone (916) 444-8765

Adria Lynn Silva, Fl Bar. No. 0137431
Admitted Pro Hac Vice
The Law Office of Adria Lynn Silva, LLC
Post Office Box 770849
Naples, Florida 34107-0849
Telephone (239) 514-4855

Attorneys for Plaintiff
JAMIE HOWARD

Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Natalie B. Fujikawa, State Bar No. 258724
Email: nfujikawa@fisherphillips.com
Alexa R. Hanlon, State Bar No. 293736
Email: ahanlon@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendant
WILLIAM JESSUP UNIVERSITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HOWARD,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JESSUP UNIVERSITY; DOES 1 to 50,<br><br>Defendants. | Case No. 2:17-cv-00756-WBS-KJN<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Action Filed: April 10, 2017 |

1
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS

FPDOCS 35934549.1

1    IT IS HEREBY STIPULATED between Plaintiff Jamie Howard and Defendant William
2  Jessup University, by and through their counsel of record, as follows:
3    1.   The parties resolved the above-captioned action at a settlement conference held
4  on June 19, 2019, and filed a Joint Notice of Settlement on June 28, 2019 (Dkt. No. 65);
5    2.   Pursuant to a Minute Order dated July 15, 2019, the Court ordered that
6  dispositional documents be filed in the action by August 14, 2019 (Dkt. 67);
7    3.   The parties have fully endorsed a Settlement Agreement and Release, and
8  Defendant expects to deliver the entire settlement payment to Plaintiff within the next week;
9    4.   A Stipulation for Dismissal will be filed with the Court upon Plaintiff's receipt
10 of the settlement funds;
11   5.   The parties reasonably expect that the settlement funds will not be delivered by
12 the current deadline to file dispositional documents;
13   6.   For this reason, the parties agree, stipulate and jointly request that the deadline to
14 file dispositional documents in this action be extended from August 14, 2019, to August 26,
15 2019; and
16   7.   This joint stipulation and request is made in good faith and not for the purpose of
17 delay or obstruction, and is based on good cause as set forth above.

IT IS SO STIPULATED.

Date: August 14, 2019

                                By: */s/ George F. Allen*
                                    George F. Allen

                                    Attorneys for Plaintiff
                                    JAMIE HOWARD

Date: August 14, 2019           FISHER & PHILLIPS LLP

                                By: */s/ Natalie B. Fujikawa*
                                    Alden J. Parker
                                    Natalie B. Fujikawa
                                    Attorneys for Defendant
                                    WILLIAM JESSUP UNIVERSITY

## ORDER

Pursuant to the parties' above stipulation, and good cause appearing, the Court HEREBY EXTENDS the deadline to file dispositional documents from August 14, 2019, until August 26, 2019.

IT IS SO ORDERED.

**Dated: August 14, 2019**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE