George F. Allen, State Bar No. 145357
1903 21st Street
Sacramento, CA 95811
looga@looga.com
Telephone (916) 444-8765

Adria Lynn Silva, Fl Bar. No. 0137431
Admitted Pro Hac Vice
The Law Office of Adria Lynn Silva, LLC
Post Office Box 770849
Naples, Florida 34107-0849
Telephone (239) 514-4855

Attorneys for Plaintiff
JAMIE HOWARD

Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Natalie B. Fujikawa, State Bar No. 258724
Email: nfujikawa@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendant
WILLIAM JESSUP UNIVERSITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HOWARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM JESSUP UNIVERSITY;<br>DOES 1 to 50,<br><br>　　　　Defendants. | Case No. 2:17-cv-00756-WBS-KJN<br><br>**JOINT MOTION FOR DISMISSAL AND ~~PROPOSED~~ ORDER**<br><br><br>Action Filed: April 10, 2017 |

---
JOINT MOTION FOR DISMISSAL AND PROPOSED ORDER
1

PLAINTIFF Jamie Howard and Defendant William Jessup University have resolved their dispute and now jointly move to dismiss the above-styled action with prejudice pursuant to Federal Rule of Civil Procedure 41, requesting the Court to retain jurisdiction over the settlement agreement in its dismissal Order. The parties conditioned dismissal upon the Court's retention of jurisdiction over the settlement agreement, and the Court agreed to maintain jurisdiction over the settlement agreement in this matter. *See* ECF No. 64. All parties shall bear their respective fees, costs, and expenses except as otherwise provided in an enforcement action.

Date: August 23, 2019

By: */s/ George F. Allen*
George F. Allen
Attorneys for Plaintiff
JAMIE HOWARD

Date: August 23, 2019          FISHER & PHILLIPS LLP

By: */s/ Natalie B. Fujikawa*
Natalie B. Fujikawa
Attorneys for Defendant
WILLIAM JESSUP UNIVERSITY

**SO ORDERED:**

Dated: August 26, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE